IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ISLAMIC CENTER OF NORTHWEST ARKANSAS                              PLAINTIFF

V.                          CASE NO. 5:25-CV-5090

CHURCH MUTUAL INSURANCE COMPANY, S.I.                              DEFENDANT

## JUDGMENT

IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT is rendered in favor of Plaintiff Islamic Center of Northwest Arkansas in the sum of **$64,000.00**.

IT IS SO ORDERED AND ADJUDGED on this 24th day of February, 2026.

TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE